[NOT FOR PUBLICATION–NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

No. 01-1041

SYDNEY I. BRADSHAW,

Plaintiff, Appellant,

v.

SHERIFF, CUMBERLAND COUNTY;
SUSAN TAYLOR, EDUCATION COORDINATOR, CUMBERLAND COUNTY JAIL;
DIANA SYKES; PIKE, CAPTAIN, CUMBERLAND COUNTY
CORRECTIONS OFFICER; CUMBERLAND COUNTY JAIL; HAROLD GILLMAN,
INDIVIDUALLY AND IN HIS CAPACITY AS EDUCATIONAL INSTRUCTOR
AT CUMBERLAND COUNTY JAIL; FRANCINE BRENTON,

Defendants, Appellees,

CINDY BABBS, CUMBERLAND COUNTY CORRECTIONS OFFICER,

Defendant.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. Gene Carter, U.S. District Judge]

Before

Torruella, Circuit Judge,
Campbell and Stahl, Senior Circuit Judges.

_Sydney Bradshaw_ on brief pro se.

_John J. Wall, III_ and _Monaghan Leahy, LLP_ on brief for appellees.

_____

**July 25, 2001**

_____

**Per Curiam**.  Sydney Bradshaw has appealed a district court judgment dismissing his complaint.  We have reviewed the parties' briefs and the record on appeal.  We affirm essentially for the reasons stated in the magistrate judge's Recommended Decision, dated November 8, 2000, which the district court accepted by order, dated November 30, 2000.

Affirmed.